United States District Court
Southern District of Texas
ENTERED

AUG 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 27 1998
Michael N. Milby, Clerk

| | |
|---|---|
| RUBY CHUWA, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-97-255 |
| § | |
| LEVI STRAUSS & CO., § § | |
| Defendant. § | |

## UNOPPOSED ORDER

The matter before the Court is Defendant's Unopposed Motion to Substitute as Attorney-in-Charge.

The Court, after considering the matter, including the lack of opposition and the representation that no delay will result, is of the opinion that Defendant's motion should in all respects be GRANTED.

IT IS ORDERED that Victoria M. Garcia be and is hereby allowed to withdraw as Attorney-in-Charge and Laura M. Merritt is also permitted to withdraw from the case on behalf of the Defendant, and that Mario A. Barrera will hereinafter act as Attorney-in-Charge on behalf of said Defendant. IT IS ALSO ORDERED that Raquel G. Pérez is also permitted to substitute for Laura M. Merritt on behalf of Defendant.

IT IS FURTHER ORDERED that any and all notices sent by the Clerk of this Court to the parties will be sent to Defendant's Attorney-in-Charge, Mario A. Barrera at Wells

Pinckney & McHugh, P.C., 800 One Alamo Center, 106 South St. Mary's Street, San Antonio, Texas 78205.

SIGNED this the __27th__ day of __August__, 1998.

_____
UNITED STATES DISTRICT JUDGE/Magistrate

448790.1