19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RUBY CHUWA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-255 |
| | § | |
| LEVI STRAUSS & CO., | § | |
| | § | |
| Defendant. | § | |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the above-styled and numbered cause, and

It appearing to the Court that Plaintiff Ruby Chuwa and Defendant have filed a joint Stipulation of Dismissal with Prejudice and have agreed to entry of this Judgment,

Judgment is hereby entered that the above-styled and numbered cause be and it is hereby DISMISSED WITH PREJUDICE, with Plaintiff to be solely responsible for her own costs and attorney's fees and Defendant to be solely responsible for its own costs and attorneys' fees.

SIGNED and ENTERED this _10_ day of _February_, 1999.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

THE PARTIES HEREBY AGREED TO ENTRY
OF THE ABOVE AGREED JUDGMENT
OF DISMISSAL WITH PREJUDICE:

_____        Date: _January 26, 1999_
Ruby Chuwa
PLAINTIFF

_____  Date: 1/29/99
Willie J. Nunnery
ATTORNEY FOR PLAINTIFF


_____  Date: _____
Michael Cowen
ATTORNEY FOR PLAINTIFF


_____  Date: 2/4/99
Mario A. Barrera
ATTORNEY FOR DEFENDANT
LEVI STRAUSS & CO.

467394.1

_____           Date: _____
Willie J. Nunnery
ATTORNEY FOR PLAINTIFF

_____/s/ Michael Cowen_____         Date: 1/28/99
Michael Cowen
ATTORNEY FOR PLAINTIFF


_____           Date: _____
Mario A. Barrera
ATTORNEY FOR DEFENDANT
LEVI STRAUSS & CO.

467394.1